# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LISA R. HICKMAN,<br><br>          **Plaintiff,**<br><br>v.<br><br>JORDAN TURLEY, et al.,<br><br>          **Defendants.** | Case No. 24-CV-407-JFH-GLJ |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gerald L. Jackson. Dkt. No. 69. The Magistrate Judge recommends that the motions to dismiss filed by Defendants Andy Simmons, Riley Breedlove, Gregg Martin, Eddie Moore [Dkt. Nos. 41, 65] and the partial motion to dismiss filed by Defendant Jordan Turley [Dkt. No. 42] be granted.

No party objected to the Magistrate Judge's Report and Recommendation within the fourteen-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation and accepts and adopts it as the order of this Court. On that basis, the motions to dismiss filed by Defendants Andy Simmons, Riley Breedlove, Gregg Martin, and Eddie Moore [Dkt. Nos. 41, 65] and the partial motion to dismiss filed by Defendant Jordan Turley [Dkt. No. 42] are GRANTED.

IT IS SO ORDERED this 9th day of March 2026.

                                                                     JOHN F. HEIL, III
                                                                     UNITED STATES DISTRICT JUDGE